CHRISTOPHER BURNS

VERSUS

UNITED BULK TERMINALS DAVANT, LLC

NO. 21-C-135

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

_____April 27, 2021_____

_____Susan Buchholz_____
First Deputy Clerk

**IN RE** UNITED BULK TERMINALS DAVANT, LLC

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE E. ADRIAN ADAMS, DIVISION "G", NUMBER 807-658

Panel composed of Judges Susan M. Chehardy,
Marc E. Johnson, and John J. Molaison, Jr.

## WRIT GRANTED, IN PART, REMANDED WITH INSTRUCTIONS

In his writ application, relator/defendant, United Bulk Transport Davant, LLC, seeks review of the trial court's February 22, 2021 judgment granting the motion of respondent/plaintiff, Christopher Burns, to extend deadlines pursuant to La. R.S. 9:5830, and overruling defendant's peremptory exception of prescription. After review of the writ application, and finding that relator was not properly served with respondent's motion nor given an opportunity to file a written response prior to the hearing on the motion, we grant relator's writ application in part, vacate the trial court's judgment in its entirety, and remand the matter with instructions to the trial court to conduct a full evidentiary hearing on all matters that were pending before it at the February 9, 2021 hearing, including relator's peremptory exception of prescription and declinatory exception of venue, and plaintiff's motion to extend deadlines.

Gretna, Louisiana, this 27th day of April, 2021.

**SMC**
**MEJ**
**JJM**

21-C-135

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **04/27/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**21-C-135**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (DISTRICT JUDGE)
Kirk N. Aurandt (Relator)
Stephanie Bridges (Respondent)

### MAILED

Vionne M. Douglas (Respondent)
Attorney at Law
15254 Old Hammond Highway
Suite C4
Baton Rouge, LA 70816

Michael W. McMahon (Relator)
Attorney at Law
Post Office Box 5350
Covington, LA 70434

4/27/21



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) | C. Date of Delivery<br>R063 C-19 | 4-28-21 |
| 1. Article Addressed to:<br><br>Vionne M. Douglas<br>Attorney at Law<br>15254 Old Hammond Hwy -Suite C4<br>Baton Rouge, LA 70816<br>21-C-135      04-27-21 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

SECU~~RE~~

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 2434 6249 3630 62

| 3. Service Type | |
|---|---|
| ☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

2. Article Number (Transfer from service label)

7015 0640 0006 9935 3541

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

4/27/21

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael W. McMahon
Attorney at Law
Post Office Box 5350
Covington, LA 70434
21-C-135                    04-27-21

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2434 6249 3627 20

2. Article Number *(Transfer from service label)*

7015 0640 0006 9935 3558

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ~Patty Vickers~                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery
Patty Vickers                        5/5/21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

SECURITY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt